UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80473-CIV-MARRA

J.P.M., individually and as next best friend
for C.M., R.G.M. individually and as next
best friend for C.M., and C.M., a minor,

    Plaintiffs,

v.

PALM BEACH COUNTY SCHOOL BOARD,
    *et al.*,

    Defendants.
_____/

### ORDER ON DEFENDANT PALM BEACH COUNTY SCHOOL BOARD'S MOTION FOR AN AWARD OF COSTS

THIS CAUSE is before the Court pursuant to an Order of Reference from United States District Judge Kenneth A. Marra [DE 131]. Before the Court is Defendant Palm Beach County School Board's Motion for Costs [DE 130]. The parties have notified the Court that they have reached an amicable resolution as to the aforementioned motion. Additionally, the parties have filed a joint stipulation informing the Court that they have settled this matter. *See* DE 136.

In light of the foregoing, and in the interests of justice, it is hereby

**ORDERED** that Defendant Palm Beach County School Board's Motion for Costs [DE 130] is **DENIED as moot**; and it is

**FURTHER ORDERED** that the hearing in the above-captioned cause set for Wednesday, April 10, 2013, at 2:00 p.m. is **CANCELLED**.

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this **10th** day of April, 2013.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge